District Court Case No. 8:15-cv-01212-JGB

JS-6

CC:BK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Dist. Ct. No. 8:15-cv-01212-JGB |
| | ) |
| ASHLEY A. KNOTT and | ) Consolidated with |
| RYAN R. KNOTT, | ) 8:15-cv-01222-JGB |
| | ) 8:15-cv-01401-JGB |
| Debtors. | ) 8:15-cv-01420-JGB |
| | ) 8:15-cv-01488-JGB |
| | ) 8:15-cv-01493-JGB |
| ASHLEY A. KNOTT, an individual, | ) |
| RYAN R. KNOTT, an individual | ) Bank. Ct. Case No. 8:15-bk-11180-CB |
| | ) Bank. Ct. Case No. 8:15-bk-11182-CB |
| Appellants, | ) |
| v. | ) Chapter 7 |
| | ) |
| JAMES RIGBY, Petitioning Creditor, | ) |
| | ) |
| Appellee. | ) |
| | ) |

On Appeal from the United States Bankruptcy Court
for the Central District of California
The Honorable Catherine E. Bauer, Presiding

**ORDER APPROVING STIPULATION FOR DISMISSAL OF APPEALS**

Thomas H. Casey, Esq.
Kathleen J. McCarthy, Esq.
Steve Burnell, Esq.
The Law Office of Thomas H. Casey, Inc.
22342 Ave. Empresa #200
Rancho Santa Margarita, CA  92688
Telephone:  949-766-8787 / Facsimile:  949-766-9896
Emails: TomCasey@tomcaseylaw.com / KMcCarthy@tomcaseylaw.com
Attorneys for Appellants, Ashley A. Knott and Ryan R. Knott
A Stipulation is entered into by and between Appellants Ashley A. Knott

and Ryan R. Knott ("Appellants") on the one hand and Appellee James Rigby ("Appellee") on the other (collectively the "Parties") by and through their counsel of record, and was filed with the United States District Court and served on all interested parties on January 9, 2017, docket entry #22.

**IT IS HEREBY ORDERED** that the Stipulation is approved;

**IT IS FURTHER ORDERED** that the consolidated Appeal is dismissed.

**IT IS SO ORDERED.**

DATED: January 9, 2017

Jesus G. Bernal
United States District Judge